UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZION DWAYNE MAC YOUNG, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARAMARK,<br><br>　　　　Defendant. | Case No. 25-cv-05478-JSC<br><br>**ORDER OF DISMISSAL** |

On October 24, 2025, the Court dismissed Plaintiffs'[1] civil rights complaint for failure to present a cognizable claim for relief. (ECF No. 7.) Plaintiffs were granted leave to file an amended complaint on or by November 26, 2025, and warned that if they did not do so the case may be dismissed. They have not filed an amended complaint, requested an extension of time, shown cause why not, or otherwise responded to the Court's order. This case is accordingly DISMISSED with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 12, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] Although the electronic docket only lists one plaintiff (Zion Young), as noted in the order of dismissal with leave to amend, the complaint names two additional inmates as plaintiffs. (ECF No. 7 at 1:15-16, 4:1-16; *see also* ECF No. 1 at 2, Sec. II.)